# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KATHLEEN GRAHAM                                          PLAINTIFF

v.                         No. 3:18-cv-100-DPM

SABRINA BAUGH; GREGORY BAUGH;
MARK GALLION; and BERKSHIRE
HATHAWAY, INC.                                           DEFENDANTS

## ORDER

1. Graham's motion to proceed *in forma pauperis*, № 1, is granted. Her disability benefits are her only income; she can't afford to pay the filing fee.

2. Graham's complaint fails to state a claim. It documents Graham's frustration with her various landlords—and the negative effect this has had on her health. № 2 at 6–15. There is a passing mention that Graham told someone that her race has motivated how she's been treated, № 2 at 12, and that her age and disability may be involved. № 5 at 2. But the circumstances are just too murky for the Court to conclude that Graham has any legal claim against the defendants. The Court will dismiss her case without prejudice unless she files an amended complaint by 15 June 2018. The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law. 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Graham's request for a hearing, № 6, is denied. One is not needed at this point.

4. Graham's motion to appoint counsel, № 3, is denied without prejudice. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996). There is no right to an appointed lawyer in a civil case. She should keep trying to find her own lawyer.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 May 2018