IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KATHLEEN GRAHAM                                                                PLAINTIFF

v.                          No. 3:18-cv-100-DPM

SABRINA BAUGH; GREGORY BAUGH;
MARK GALLION; and BERKSHIRE
HATHAWAY, INC.                                                                 DEFENDANTS

## ORDER

Graham was directed to amend her complaint by June 15th. № 7. She hasn't. She has filed notices, which the Court has construed liberally. The conclusory statement of discrimination based on race, age, and disability doesn't state a claim. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). These things are clear: Graham's frustration with her changing landlords has caused her stress; her new landlord has waived all past and future rent-related expenses for the rest of Graham's lease; and, after that, she must move out. № 8. Graham still hasn't alleged sufficient facts to support a violation of federal law. № 7 at 1. The Court will dismiss her case without prejudice. 28 U.S.C. § 1915(e)(2)(B)(ii).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 June 2018