# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KATHLEEN GRAHAM                                              PLAINTIFF

v.                          No. 3:18-cv-100-DPM

SABRINA BAUGH; GREGORY BAUGH;
MARK GALLION; and BERKSHIRE
HATHAWAY, INC.                                               DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 June 2018